| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| **TRANSFER OF JURISDICTION** | | 0650 2:17CR00001 - 1 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT<br>Middle District of Tennessee | DIVISION<br>NASHVILLE |
| --- | --- | --- |
| Timothy Jerome Ayers, Jr. | NAME OF SENTENCING JUDGE | |
| | The Honorable Aleta A. Trauger, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/05/2018    TO 04/04/2022 |

OFFENSE

Felon in Possession of a Firearm; 18:922G.F; Class C Felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _____Western District of Tennessee_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4-11-18
Date

_U.S. District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_

_U.S. District Judge_

Assigned Officer Initials (JPP)